01 14 19

PULASKI CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO. 19-CI-_____
*(ELECTRONICALLY FILED)*

GEORGE HACKNEY                                                          PLAINTIFF

V.                               <u>COMPLAINT</u>

GEICO GENERAL INSURANCE COMPANY                  DEFENDANT
     SERVE:     Alison Lundergan Grimes
                     Kentucky Secretary of State, as process agent for
                     GEICO Indemnity Company
                     c/o Mary Zarcone
                     One GEICO Center
                     Macon, GA 31295

\*\*\*\*\*\*\*\*\*\*

       Comes Plaintiff, George Hackney, by counsel, and for his cause of action against the Defendant, Geico General Insurance Company, states as follows:

       1.      Geico is an authorized foreign insurer whose statutory agent for the receipt of service of process is Alison Lundergan Grimes, Kentucky Secretary of State, Summons Branch, 700 Capital Ave., Suite 86, Frankfort, Kentucky 40601, and whose designated corporate agent for the receipt of service of process is Mary Zarcone, One Geico Center, Macon, GA 31295.

       2.      On December 12, 2017, Plaintiff was insured by the Defendant through an automobile insurance policy which policy included underinsured motorists coverage.

       3.      On December 12, 2017, in Pulaski County, Kentucky, Plaintiff was injured in a motor vehicle collision, which collision was caused by the negligence of one Josh Blossner.

       4.      As a result of the above-described collision, and as a result of the negligence of Josh Blossner, Plaintiff has incurred and will in the future incur reasonable and

EXHIBIT A

01 14 19

necessary medical expenses, and has endured and will continue in the future to endure pain of body and anguish of mind, all to his damage in an amount sufficient to invoke the jurisdiction of this Court.

5. At all relevant times Josh Blossner was an underinsured motorist within the tenor and meaning of KRS 304.20-020, and the automobile insurance policy described above;

6. By reason of the above underinsured motorists insurance coverage, Geico is liable for the payment of all damages to the extent that same are in excess of Josh Blossner's available liability limits.

WHEREFORE, the Plaintiff George Hackney demands judgment against the Defendant, Geico General Insurance Company, for a sum in excess of the minimum dollar amount necessary to establish jurisdiction of this Court, pre-judgment interest, post-judgment interest, costs, trial by jury, and for any and all other relief to which he may appear properly entitled.

Respectfully submitted,

Albert B. McQueen, Jr.
Wilson & McQueen, PLLC
309 North Broadway
Lexington, KY 40508
Phone: (859) 253-2373
Fax: (859) 253-2360
abmcqueen@wmkylaw.com

BY: /s/ Albert B. McQueen, Jr.
ATTORNEYS FOR PLAINTIFF